Anthony WINGS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103518

Missouri Court of Appeals,
Eastern District,
Division One.

Filed: July 26, 2016

Lisa M. Stroup, St. Louis, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Attorney General, Jefferson City, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

Anthony Wings appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Terry T. SWOPES, Appellant.

No. ED 102983

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: July 26, 2016

Maleaner R. Harvey, St. Louis, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Asst. Attorney General, Jefferson City, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

Terry Swopes appeals from the judgment entered on his convictions after a jury trial for four felony counts of unlawful possession of a firearm. Because the trial court did not abuse its discretion in denying Swopes' motion to sever and because there was sufficient evidence from which a reasonable jury could find beyond a reasonable doubt that Swopes was guilty of possession of the four firearms, we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).